# Robert Wisniewski P.C.
ATTORNEYS-AT-LAW
225 Broadway, Suite 1020
New York, New York 10007
------
TEL: (212) 267-2101
FAX: (212) 587-8115

October 26, 2009

Hon. Cheryl L. Pollak, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
    *VIA ECF*

Re: **Misiewicz v. D'Onofrio General Contractors Corp., et al.**
<u>**Docket: 08 cv 4377 (CPS)(CLP)**</u>

Dear Judge Pollak:

    This firm represents Plaintiff in the above-captioned matter. I am writing this letter to respectfully request until November 2, 2009 to oppose D'Onofrio Defendants' counsel's October 21, 2009 motion for a hearing before Your Honor. This is the first request of its kind and all Defendants consent to this request. There is no prejudice to any party.

    I am making this request due to a press of work in other cases, including the deposition of a rebuttal expert witness, and deadlines in two (2) matters. Accordingly, I respectfully request until November 2, 2009 to file a response to Defendants' motion for a hearing.

    Thank you for your attention to the above.

Respectfully submitted,

_____/s/_____
Robert Wisniewski (RW-5308)

*Request granted*
*So Ordered*
*[signature]*
*USMJ*
*10/27/09*