# Treacy, Schaffel, Moore & Mueller,
*Attorneys and Counsellors at Law*

111 Broadway • New York, NY 10006 • Tel: (212) 227-8150 • Fax: (212) 285-1968
1120 Bloomfield Avenue • P.O. Box 1289 • West Caldwell, NJ 07007-1289 • Tel: (973) 575-1878
E-Mail: tsmm@tsmmlaw.com • http://www.tsmmlaw.com

GARY J. MUELLER
MEMBER:   NEW YORK BAR
NEW JERSEY BAR
WRITER'S
E-MAIL: GMUELLER@TSMMLAW.COM

November 30, 2009

Honorable Cheryl L. Pollak, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202
<u>via ECF</u>

Re: Misiewicz v. D'Onofrio General Contractors Corp., et al
<u>Docket No. 08 cv 4377 (CPS)(CLP)</u>

Honorable and Dear Madam:

    I am in receipt of Mr. Wisniewski's letter of November 25 regarding the proposed adjournment of the conference in this matter. I have just heard from my client, who confirms his availability on December 18, 2009 at 3:00 p.m. for the conference. Mr. D'onofrio has also advised me that Mr. Misiewicz has recently advised him that Mr. Misiewicz was going back to Poland for a few weeks in December. According to Mr. D'onofrio, Mr. Misiewicz has confirmed he is available on December 18, but does not know how long he is going to stay in Poland when he goes.

    I therefore have no objection to adjourning the conference until December 18, 2009 at 3:00 p.m.

Respectfully yours,

/s/

Gary J. Mueller

GJM/mr